UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEVEN NORTON, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| Plaintiff ) | CASE NO.1:09CV1006 |
| ) | |
| -vs- ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | ORDER ADOPTING REPORT |
| ) | & RECOMMENDATION |
| Defendant. ) | |

    This matter was referred to the Magistrate Judge to review the decision of the Commissioner of Social Security denying Plaintiff's *Pro se* Application for Supplemental Security Benefits.

    On May 27, 2009, the Magistrate Judge filed his Initial Order setting forth the procedural schedule for filing the answer, transcript and fact sheet.  Defendant's answer and transcript were filed on August 5, 2009 and Plaintiff's fact sheet was due August 25, 2009.

    On September 14, 2009, the Magistrate Judge filed an order requiring Plaintiff to show cause, no later than September 21, 2009, why he failed to timely file a fact sheet.  Neither the Plaintiff's response to the Show Cause order nor Plaintiff's fact sheet have been received to date.

    Therefore, the Court adopts the Magistrate Judge's Report and Recommendation and dismisses the above-captioned matter, with prejudice, for failure to prosecute.

    IT IS SO ORDERED.

                                                s/Christopher A. Boyko
                                                Christopher A. Boyko
                                                U.S. District Court Judge

November 10, 2009